UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DISABLED PATRIOTS OF AMERICA, INC., et al., | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 1:06-CV-01846 |
| | ) | Judge Ann Aldrich |
| v. | ) ) | |
| GREAT NORTHERN PARTNERSHIP, | ) ) | |
| Defendant. | ) ) ) | ORDER |

Following the discovery telephone conference this afternoon, the court orders the following:

(1) No later than March 2, 2007, defendant Great Northern Partnership ("Great Northern") shall provide to plaintiffs Disabled Patriots of America, Inc. and Bonnie Kramer (collectively, "DPA") all documents relating to construction and/or modification of the property in North Olmstead, Ohio, that already has been contracted by Great Northern, to bring the property more into compliance with the Americans with Disabilities Act ("ADA").

(2) As counsel for Great Northern indicated, that construction is expected to be completed or substantially completed within six weeks. Therefore, DPA's inspection of the property in North Olmstead shall be scheduled for April 9, 2007, or some other date that the parties may agree upon, but no earlier than that date. Should the construction currently contracted by Great Northern be unable to be completed or substantially completed by that time, the parties shall inform the court, and the court will schedule a new date for the inspection.

(3) DPA shall inform Great Northern of the specific areas encountered by its "tester" prior to the inspection date, but is not limited to those areas in its inspection, and shall not be required to

specify all of the areas to be inspected. DPA shall be able to inspect all areas under Great Northern's control and/or ownership, to determine which areas require remediation under the ADA.

(4) The deadlines set forth in the court's case management order shall remain as they are, with discovery closing on June 1, 2007 and dispositive motions due by July 2, 2007. The parties may seek modification of these deadlines by motion, if they desire.

IT IS SO ORDERED.

    /s/Ann Aldrich
ANN ALDRICH
UNITED STATES DISTRICT JUDGE

**Dated: February 20, 2007**